# Law Offices of Ezra Spilke

<div style="text-align: right">
1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com
</div>

<u>Via ECF</u>

June 2, 2025

The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Cesar Valencia Garcia*, 22 Cr. 513 (PKC)

Dear Judge Chen:

    At my client's behest, I write to respectfully request that the Court appoint new counsel. I submit that Mr. Valencia-Garcia's application should be granted as there has been a breakdown in communication.

<div style="margin-left: 50%">
Respectfully submitted,

*/s/ Ezra Spilke*

Ezra Spilke
</div>

cc:  All counsel of record, by ECF